IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                          4:19-CR-00631-01-JM

ANTHONY OBI

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 65) is DENIED.

Applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 5 to 3, resulting in a new criminal history category of II. However, after considering all the 18 U.S.C. § 3553(a) factors and the specific facts of this case, Defendant's current sentence of 96 months is appropriate.

IT IS SO ORDERED this 6th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE